IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES M. MILLIKEN,** | Case No. 2:20-cv-01446-TLN CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **S. ALFARO,** | |
| Defendant. | |

On December 16, 2021, Defendant moved the Court to modify the scheduling order filed June 28, 2021, (ECF No. 26), and extend the dispositive motions deadline to March 22, 2022. (ECF No. 27). Good cause having been shown, Defendant's motion is GRANTED.

IT IS HEREBY ORDERED that the scheduling order is hereby modified, and the parties have until March 22, 2022, to file dispositive motions.

Dated:  December 20, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE